UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| CHARLES EDWARD HUTSELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:19-CV-187-REW |
| | ) | |
| v. | ) | |
| | ) | |
| HYDEE HAWKINS, et al., | ) | JUDGMENT |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with its accompanying Opinion & Order, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **DISMISSES** the Complaint in its entirety, without prejudice, and **STRIKES** this matter from its active docket.

2. This is a final and appealable Judgment, and there is no just cause for delay.

This the 17th day of June, 2019.

Signed By:
Robert E. Wier
United States District Judge